David Stebbins
123 W. Ridge St.
APT. D
Harrison, AR 72601

8th Circuit Court of Appeals
111 South 10th St.
St. Louis, MO 63102



6310201125