# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 30, 2013

Honorable Kristine G. Baker
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
D444
500 W. Capitol Avenue
Little Rock, AR  72201

RE:  13-2185  In Re: David Stebbins

Dear Judge Baker:

Enclosed is a copy of a pro se petition for a writ which the named petitioner has filed against you. Please provide a response to the petition at your earliest convenience. The court asks that you serve a copy of your response on the petitioner so that petitioner is aware of the response and can file a reply, if desired. By copy of this letter, petitioner is notified that any reply to your response must be filed with this office within seven days of receipt of the response.

Thank you for your cooperation in this matter. No action will be taken on the writ petition until this office receives your response.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Mr. Jim McCormack
    Mr. David Anthony Stebbins

    District Court Case Number:   4:12-cv-00704-KGB

**Caption For Case Number: 13-2185**

In re: David Anthony Stebbins

        Petitioner

**Addresses For Case Participants:   13-2185**

Honorable Kristine G. Baker
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
D444
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601