13-2185  In Re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/30/2013

**Case Name:**   In Re: David Stebbins
**Case Number:**   13-2185

**Docket Text:**
PETITION for Writ of Mandamus RESPONSE TO PETITION DUE ON 06/13/2013.(Rec'd by MAIL) filed by Petitioner Mr. David Anthony Stebbins w/service 05/30/2013 [4040547] [13-2185]

**The following document(s) are associated with this transaction:**
Document Description:  writ
Document Description:  envelope

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable Kristine G. Baker
Mr. Jim McCormack: ared_appeals@ared.uscourts.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com