IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

**Case No. 13-2185**
_____

)
**in re David Stebbins**                )       on Petition for Writ of Mandamus
)

**MOTION FOR DEFAULT OR IN THE ALTERNATIVE FOR CONTEMPT**

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following motion for default or, in the alternative, for the Respondent to be held in contempt of court.

1. Petitioner filed this petition for writ of mandamus in an attempt to force a ruling on a six-month-old *in forma pauperis* application in the United States District Court for the Eastern District of Arkansas. This petition was received by this Court on May 30, 2013 and was given the case number 13-2185.

2. The Court ordered the Respondent – Judge Kristine G. Baker – to provide a response to the Petition on or before June 13, 2013.

3. It is now after business hours on the above-mentioned deadline, and yet, the Respondent has not yet responded to the Petition, nor has a ruling on the *in forma pauperis* application been issued in the District Court (an act which could possibly render this Petition moot).

4. For this reason, Petitioner requests that the Petition for Writ of Mandamus be issued by default, and that the Respondent be ordered to provide an appropriate ruling on the application for leave to proceed *in forma pauperis* within five (5) business days of the date of the writ's issuance.

5. If the Court does not see fit to grant that relief, then Petitioner asks, in the alternative, that

the Respondent be held in contempt of court, and that she be detained until she files a response to this Petition, either A) showing cause why it should not be granted, or B) admitting that it should be granted, apologizing for the delay, and promising to issue an appropriate ruling with all due speed.

6.      Wherefore, premises considered, Petitioner respectfully requests that the relief sout in either Paragraph #4 or #5 be granted, costs incurred be awarded, and other relief to which he may be entitled.  So requested this 13th day of June, 2013.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, *pro se* Petitioner, do hereby certify that a true and correct copy of this Motion has been served on the Respondent by allowing her to view it on ECF.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com
