13-2185  In Re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/14/2013

**Case Name:** In Re: David Stebbins
**Case Number:** 13-2185

**Docket Text:**
MOTION Since the Respondent has done in this case precisely what she has been doing in the district court that got this case filed in the first place (that is to say... she's doing absolutely nothing), I ask that action be taken in her absence., filed by Party Mr. David Anthony Stebbins w/service 06/14/2013. [4045619] [13-2185]

**The following document(s) are associated with this transaction:**
Document Description: Motion for Default or in the Alternative for Contempt
Document Description: html notice of docket activity (generated 06/14/2013 18:12:50)
Document Description: plain text notice of docket activity (generated 06/14/2013 18:12:50)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable Kristine G. Baker: kbaker@qgtb.com