# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 19, 2013

Honorable Kristine G. Baker
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
D444
500 W. Capitol Avenue
Little Rock, AR  72201

RE:  13-2185  In Re: David Stebbins

Dear Judge Baker:

Pursuant to your conversation with this office, we have today learned that the e-mail address for you in our system was incorrect and that you have therefore received none of the materials filed in this matter.  Your e-address has now been corrected and we are forwarding, both electronically and by mail, copies of the docketing letter and Mr. Stebbins' writ, which were filed on May 30, 2013.  Also forwarded is his default motion which was filed on June 14.

We will await your response.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Mr. David Anthony Stebbins

District Court Case Number:   4:12-cv-00704-KGB