**KRISTINE G. BAKER**                                                                                             (501) 604-5420
**DISTRICT JUDGE**                                                                                              FAX: (501) 604-5427

August 20, 2013

Mr. Michael E. Gans                                                     *Via Electronic and U.S. Mail*
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Court House
111 S. 10th Street, Room 24-329
St. Louis, Missouri 63102

      Re:    *David Stebbins v. Jennie Steen, Clerk of Boone County Circuit Court, et al.*,
               Your Case No. 13-2185
               E.D. Ark. Case No. 4:12cv704-KGB

Dear Mr. Gans:

      I write in response to your letter of August 19, 2013, informing me that the judges reviewing the captioned matter have asked me to file a response to the petition filed by David Stebbins. Your letter was received in my office by electronic mail on August 19, 2013.

      As your letter indicates, I did not receive notice of the May 30, 2013, or June 14, 2013, filings in this matter until I received a telephone call yesterday from your office. I did not receive a mailed copy of either the May 30 or June 14 filing. Based on my review of both my personal and chambers' email accounts, I also did not receive electronic copies of those filings. I confirmed with James W. McCormack, Clerk of Court for the Eastern District of Arkansas, that the Clerk's standard practice when it receives a courtesy copy of such filings is not to forward a copy to the individual judge, as it appears that the individual judge has received a copy. The Clerk followed his standard practice here and did not forward copies to me.

      In this case, based on my review of the documents your office provided to me yesterday, I do not believe the Eighth Circuit Court of Appeals or Mr. Stebbins mailed the papers to me or emailed the papers to me at the correct address. The May 30 filing seems to recite that the document was not mailed and provides no email address for me. The June 14 filing seems to recite that the document was not mailed and provides an email address for me at my former law firm. I was sworn-in as a United States District Judge in May 2012.

      I have been engaged since Mr. Stebbins filed his motions in the District Court case in reviewing and carefully studying his pending motions, the issues he raises, and the Court's obligations in ruling on such motions. I am prepared now to rule on Mr. Stebbins's pending motions and will do so expeditiously.

      Thank you for the opportunity to respond to this petition.

                                                    Sincerely,

                                                  Kristine G. Baker

cc:     David Stebbins *(Via Electronic and U.S. Mail)*
         Jim McCormack, Clerk of Court, E.D. Arkansas *(Via Electronic Mail)*

District Court Case Number 4:12cv704-KGB