# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2185
_____

In re: David Anthony Stebbins

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:12-cv-00704-KGB)

---

**JUDGMENT**

Petition for writ of mandamus has been considered by the court and is dismissed as moot.

Mandate shall issue forthwith.

September 19, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans