# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2185

In re: David Anthony Stebbins

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:12-cv-00704-KGB)

---

## MANDATE

In accordance with the judgment of 09/19/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 19, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit